**30**

YOUNG & LAZZARINI
KENRICK YOUNG (CSB #236032)
NICHOLAS LAZZARINI (CSB #259247)
770 L Street, Suite 950
Sacramento, CA 95814
916.929.6865 (tel)
916.471.0377 (fax)
info@kenrickyoung.com

Attorneys for Plaintiff Dominique Black, an individual

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 18-25001-E-7 |
| | ) |
| JOSEPH H. AKINS | ) Adv. Proc. No. 18-02187 |
| | ) |
| Debtor. | ) DCN: RLF-021 |
| _____ | ) |
| DOMINIQUE BLACK, | ) **PLAINTIFF'S INDEX OF** |
| | ) **EXHIBITS IN SUPPORT OF** |
| Plaintiff, | ) **OPPOSITION TO DEFENDANT'S** |
| | ) **MOTION FOR SANCTIONS** |
| v. | ) |
| | ) Date: March 17, 2022 |
| JOSEPH H. AKINS, | ) Time: 11:00 a.m. |
| | ) Place: United States Bankruptcy Court |
| Defendant. | )   501 I Street, 6th Floor, Crtm. 33 |
| | )   Sacramento, CA 95814 |
| _____ | )   Hon. Ronald H. Sargis |

INDEX OF EXHIBITS     - 1 -

Plaintiff Dominque Black ("Plaintiff" or "Mr. Black") hereby submits his exhibits in support of his Opposition to Motion for Sanctions filed by Joseph H. Akins, Jr., as successor-in-interest and as personal representative of the Estate of Joseph H. Akins:

| No. | Description | Pages |
|-----|-------------|-------|
| 1. | Defendant's 3rd Amended Notice of Taking of Deposition & Request for Document Production to Dominique Black | 3 - 15 |
| 2. | Screenshot of Fireman's Fund Document Production | 16 - 17 |
| 3. | Dominique Black's Amended Second Supplemental Responses to First Set of Requests for Production | 18 - 28 |
| 4. | Screenshot of Document Production for First Set of Requests for Production | 29 - 30 |

Date:  March 1, 2022                    YOUNG & LAZZARINI


/s/ Nicholas Lazzarini
                    NICHOLAS LAZZARINI
                    Attorney for Dominique Black

INDEX OF EXHIBITS

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA  95814
916.929.6865

**EXHIBIT 1**

1   Sheila Gropper Nelson, SBN 85031
    Resolution Law Firm P. C.
2   50 Osgood Place 5th Fl
    San Francisco, CA 94133
3   Telephone: (415) 362-2221
    Email: shedoesbklaw@aol.com
4   Attorney for Joseph H. Akins Jr. Representative

5

6

7
                    UNITED STATES BANKRUPTCY COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
                         [Sacramento Division]
10

11
    In re:                              Case No. 18-25001 E-7
12  JOSEPH H. AKINS                     Adv. Proc. No. 18-02187

13

14    Debtor.
                                        **3rd AMENDED NOTICE**
15  _____         OF DEPOSITION &
                                        REQUEST FOR DOCUMENT
16  DOMINIQUE BLACK,                    PRODUCTION TO DOMINIQUE
     Plaintiff,                         BLACK
17  v.                                  To:    Dominique Black
    JOSEPH H. AKINS,                    3RD  AMENDED DATE:
18  Defendant.                          MARCH 29, 2021   .
                                        ~~DECEMBER 18, 2020~~
19                                      ~~Date: November 20, 2020~~
20  _____/        Time:      10:30 a.m.

21

22  TO ALL PARTIES, AND TO EACH ATTORNEY OF RECORD IN THIS CASE:

23       YOU ARE HEREBY NOTIFIED THAT THE DEPOSITION OF PLAINTIFF, Dominique

24  Black, Plaintiff, in Adversary Procedure Number 2018-02187 in Bankruptcy Case

25  Number 2018-25001 is hereby **AMENDED a THIRD time to allow for complete**

26  **discovery response. Said deposition is hereby** continued as a result of Plaintiff's

27  failure to respond and produce documents to a duly served document request

28  pursuant to FRCP 34 as made applicable to the matter through FRBP 7034.

1    Said DEPOSITION NOTICE is amended to Notice that it shall take place on

2  **MARCH 29, 2021** at the office of Resolution Law Firm P. C. 50 Osgood Place 5th

3  Floor San Francisco CA 94133 at 10:30 a.m. to continue for 7 hours thereafter until

4  complete, or conducted electronically as may be required by regulations regarding

5  the Covid 19 pandemic.

6    Plaintiff is commanded to produce for inspection all of the following

7  documents and tangible things identified in Attachment "A".

8    Said deposition shall continue from day to day (subsequent days to commence

9  at 10:30 a.m. ( excluding holidays and weekends) until said deposition shall be

10  completed.;

11    YOU ARE FURTHER NOTIFIED THAT the noticing party reserves the right to

12  video tape the deposition to preserve testimony.

13    You are further Notified that Your are required to produce the following

14  documents, records or other materials at said deposition: ALL THOSE CERTAIN

15  DOCUMENTS AS SET FORTH IN EXHIBIT "A" and pursuant to the attached Subpoena to

16  Testify or Produce Documents as ATTACHED HERETO AND INCORPORATED HEREIN BY

17  THIS REFERENCE.

18    This Amended Notice of Deposition is being served upon the following parties

19  and their attorneys of record, if any, in the referenced action as follows: Nicholas

20  Lazzarini, Young & Lazzarini 770 L Street, Suite 950 Sacramento CA 95814 and

21  Plaintiff Dominique Black at his identified address of 308 Lang Road Burlingame CA.

22  The subjects of said deposition will be:

23  1.    EVIDENCE, DOCUMENTS and WRITINGS which YOU allege supports each

24     element of every cause of action YOU set forth in YOUR First Amended

25     Complaint (hereafter FAC) filed on April 4, 2019.

26  2.    All Photographs, (not copies or photo copies ), of the VEHICLE identified in

27     YOUR First Amended Complaint.

28  3.    Evidence of ALL payments YOU have received from any source, from 1999

1    through to the present time, relating to the damages YOU claim YOU suffered

2    for the VEHICLE.

3    4.    All EVIDENCE to support YOUR claim that Joseph H. Akins, Senior made any

4          representation that YOU relied upon.

5    5.    All evidence to support YOUR claim that  YOU had a contract with Joseph H.

6          Akins, Senior.

7    6.    All EVIDENCE to support  YOUR claim that Joseph H. Akins Senior received any

8          funds relating to the VEHICLE.

9    7.    All EVIDENCE  of communications between YOU and JOSEPH H. AKINS SR.

10   8.    All EVIDENCE of  Communications between YOU and NOR CAL.

11   9.    All EVIDENCE of Communications between YOU and DAVID TIRPAK (hereafter

12         TIRPAK).

13   10.   All EVIDENCE of Communications between YOU and ANTHONY SARGANIS

14         (hereafter SARGANIS).

15   Dated March  15, 202

16                                        Sheila Gropper Nelson

17                                        Attorney for Joseph H. Akins Jr.
                                          Successor  Representative

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT "A' TO NOTICE OF DEPOSITION & REQUEST FOR PRODUCTION OF

DOCUMENTS

DEFINITIONS AND INSTRUCTIONS

In producing document(s) in response to this Production of Documents in conjunction with the Notice of Deposition and at the time of the deposition, furnish all information, however obtained, including hearsay, that is available to you and information or documents or evidence known by YOU or in YOUR possession unless YOU claim a privilege to each such request. If YOU claim that YOU have already produced a document and/or if YOU object to furnishing any DOCUMENT or information requested by this request for production, on the grounds of privilege, work product or other grounds, be prepared to identify the existence of the information, document or communication, with specificity, on which YOUR alleged privilege and/or objection is based and identify the information objected to by furnishing its date, participants (e.g., names of speakers or authors or addressees) and a general description of the nature, rather than the substance of the purportedly protected information. If the information to which YOUR objection and/or privileged is directed contains relevant non-objectionable or non-privileged matter, YOU must produce it.

If you cannot produce documents to each Request for Production in full, after exercising due diligence to secure the full information to do so, be prepared to so state and answer during the course of the deposition identifying specifically the grounds for YOUR alleged  inability to produce documentary evidence and state whatever information or knowledge YOU allege to possess  concerning each request; and detailing what YOU did in attempting to secure information responsive to each request and supply YOUR estimated information to the extent possible and indicate what YOU base that estimate upon.

These requests for production are in addition to all prior requests served upon YOU. Each such request is continuing until and during the course of trial. Information

1   sought by each request for productions that YOU obtain after you serve YOU attend

2   YOUR deposition and the answers provided during said deposition and those must

3   be disclosed to the Propounding party by supplementary answers. You are obligated

4   to supplement YOUR responses to these request for production no later than thirty

5   days after the discovery of the new information and in no event later than fifteen

6   days before the first day of trial.

7   DEFINITIONS:

8   A.     The terms "COMMUNICATION" AND "COMMUNICATIONS" shall mean any kind of

9          written, oral, visual, audible, or electronic transfer of information, thoughts,

10          or ideas, or any request for the transfer of such information, including, but

11          not limited to, making, sending, or receiving information from electronic mail

12          messages, texts, facsimiles, inquiries, letters, mail, marketing promotions,

13          memoranda, packages, pages, presentations, press releases, proposals, public

14          statements, sales pitches, solicitations, speaking, speeches, telephone calls,

15          telephone messages, testimony, voice-mail messages, and writings. It means

16          but is not limited to the transmittal of information (in the form of facts,

17          ideas, inquiries, or otherwise) and includes but is not limited to writings,

18          electronic digital and audio transmission of information.

19   B.     The term "DOCUMENT" and "DOCUMENTS" shall be used interchangeably and

20          shall have the same meaning as that in the Federal Rule of Civil Procedure

21          Rule 34(a), as incorporated by Federal Rule of Bankruptcy Procedure Rule

22          7034 and include any written, typed, printed, copied, photocopied, or other

23          tangible medium of expression or electronically stored data upon which or in

24          which any for of communication representation or information is recorded or

25          embodied, including but not by way of limitation, draft and final versions of

26          correspondence, letters, files, file folders, electronic mail messages, texts,

27          contracts, security agreements, offers to sell, receipts, check ledgers,

28          canceled checks, checkbooks, bank statements, electronic entries of any kind

including excel, quick books or other data entry formats, proposals, business plans and entries of any nature, bids, ledgers, hard copy and electronic, records, record books, microfilm, microfiche, computer programs and entries, printouts, flow charts, tapes, video prints, photographs, and every and any such other materials defined by Federal Rule of Evidence Rule 1001.

C.  The term "DEFENDANT" means Joseph H. Akins Sr., (deceased) only.

D.  The Term "Akins" means Joseph H. Akins, Sr.,(deceased)  individually and may be identified as Akins and/or Joseph H. Akins Sr..

E.  The term Successor Representative shall mean Joseph H. Akins Jr. only.

F.  The terms "YOU" AND "YOUR" shall mean Dominique Black in the above referenced matter, an individual.

G.  The Term "VEHICLE" shall identify and mean the 1977 GMC Motorhome identified in YOUR First Amended Complaint.

H.  The Term FAC shall mean the First Amended Complaint filed by your lawyers, Nicholas Lazzarini, in YOUR Adversary Procedure Number 2018-02187.

I.  As used herein TIRPAK shall mean only David Tirpak, an individual.

J.  As used herein SARGANIS shall mean only Anthony Sarganis, an individual.

K.  As used herein MRS. SARGANIS shall mean the widow of Anthony Sarganis, an individual.

L.  As used herein RELEVANT TIME PERIOD shall mean January 1, 1999 through to December 31, 2007.

M.  As used herein FINANCIAL STATEMENTS shall mean, but is not limited to any spreadsheets, schedules, appraisals, finance statements, mortgage statements, bank statements, ledgers, investment statements, or any other DOCUMENT, reflecting an exchange of monetary funds and/or the balance of any financial transaction and financial account.

N.  As used herein "VERIFY", "VERIFYING", "VERIFIES", "SUPPORT", "SUPPORTS", and/or "SUPPORTING" shall mean anything that substantiates, shows,

1      demonstrates, describes, reflects, constitutes or tends to prove.

2   O.     As used herein "CONCERNING" means anything that constitutes, contains,

3          embodies, reflects, identifies, states, refers to, deals with or in any manner

4          whatsoever is pertinent to the subject identified.

5   P.     As used herein PLAINTIFF means Dominique Black an individual.

6   Q      YOU are demanded and requested, pursuant to the Rules of Federal Civil

7   Procedure Rules,  including but not limited to Rules 26, 30, and 34 as made

8   applicable by Federal Rules of Bankruptcy Procedure Rules, including but not limited

9   to Rules 7026,7030, and 7034 to attend and be deposed and to produce and identify

10  under oath and the penalty of perjury for inspection and copying all DOCUMENTS

11  responsive to the listed categories and requests as here set forth that are now in

12  YOUR possession, custody, care, or control including those in the possession of YOUR

13  attorneys, investigators, assistants, insurance representatives, engineers, agents,

14  employees, accountants, or other persons acting on YOUR behalf.

15  R      If any DOCUMENT, of which you are aware, relates to any DOCUMENT

16  requested and is not in YOUR possession, custody, or control, YOU must identify by

17  Name and Address the person or persons having (or last known to have) possession,

18  custody and control of that DOCUMENT and specify by Name, Date and Title (if

19  known) the identified DOCUMENT.

20  S.     If any such DOCUMENT is lost, stolen, or destroyed or otherwise disposed of

21  describe the DOCUMENT and describe the circumstances and dates of the alleged

22  loss, destruction or disposition and identify the Person or persons who YOU allege

23  last had possession and control of said DOCUMENT.

24  T.     Should any category of DOCUMENTS requests overlap, YOU are not to construe

25  any category as limiting the DOCUMENTS requested in any other category.

26  U.     YOU are requested to identify and produce DOCUMENTS in the same form and

27  order as they are and/or were maintained prior to this Request for Production. It is

28  further required that all means and devises used for the separating, and organizing

1   of DOCUMENTS, including but not limited to file folders, file dividers, boxes, tabs,

2   staples, paper clips be produced in the same manner in which they were maintained

3   prior to this request for production.

4   V.      In the event that YOU are only capable of producing some of the requested

5   DOCUMENTS YOU are requested and demanded to provide all DOCUMENTS that YOU

6   can in response to each request and state the reason for YOUR inability to provide a

7   complete response and production.

8   W.      If after the time for the production of the requested DOCUMENTS YOU

9   discover other DOCUMENTS responsive to the within requests YOU are requested to

10   identify and produce such later discovered DOCUMENTS without further requests

11   being propounded.

12   X.      The term "DEFENDANTS" shall mean any party named by YOU in YOUR FAC as a

13   defendant other than Joseph H. Akins Sr.

14                REQUESTS FOR DOCUMENT PRODUCTION AT DEPOSITION:

15   1.     EVIDENCE, DOCUMENTS and WRITINGS which YOU allege supports each

16          element of every cause of action YOU set forth in YOUR First Amended

17          Complaint (hereafter FAC) filed on April 4, 2019.

18   2.      All Photographs, (not copies or photo copies ), of the VEHICLE identified in

19          YOUR First Amended Complaint.

20   3.      Evidence of ALL payments YOU have received from any source, from 1999

21          through to the present time, relating to the damages YOU claim YOU suffered

22          for the VEHICLE.

23   4.      All EVIDENCE  to support YOUR claim that Joseph H. Akins, Senior made any

24          representation that YOU relied upon.

25   5.      All evidence to support YOUR claim that  YOU had a contract with Joseph H.

26          Akins, Senior.

27   6.      All EVIDENCE to support  YOUR claim that YOU paid any funds to Joseph H.

28          Akins Senior.

7.   All EVIDENCE of communications between YOU and JOSEPH H. AKINS SR.

8.   All EVIDENCE of Communications between YOU and NOR CAL.

9.   All EVIDENCE of Communications between YOU and DAVID TIRPAK (hereafter TIRPAK).

10.  All EVIDENCE of Communications between YOU and ANTHONY SARGANIS (hereafter SARGANIS).

11.  All original WRITINGS which constitute, evidence, discuss, set forth, summarize, or in any way, relate to all communications between YOU and TIRPAK.

12.  All original WRITINGS which constitute, evidence, discuss, set forth, summarize, or in any way, relate to all communications between YOU and SARGANIS.

13.  All WRITINGS which constitute, evidence, discuss, set forth, summarize or in any way relate to any and all communications between YOU and JOSEPH H. AKINS SR.

14.  All WRITINGS which constitute, evidence, discuss, set forth, summarize or in any way relate to any and all communications between YOU and NOR CAL.

15.  Any and all WRITINGS which constitute, evidence, discuss, set forth, summarize or in any way relate to any and all communications between YOU and anyone relating to the VEHICLE from January 1, 1999 through to the present time, that YOU do not claim as Privileged.

16.  ALL EVIDENCE to support YOUR claim that Joseph H. Akins Senior was an associate of TIRPAK.

17.  ALL EVIDENCE of any conversation, correspondence or communication between JOSEPH H. AKINS SR. and ANTHONY SARGANIS.

18.  ALL EVIDENCE of any conversation, correspondence or communication between JOSEPH H. AKINS SR. and DAVID TIRPAK.

19.  ALL EVIDENCE to support YOUR claim that Joseph H. Akins Senior was an

1  associate of TIRPAK.

2  20.  All EVIDENCE of any conversation, correspondence or communication between

3  JOSEPH H. AKINS SR. and NOR CAL.

4  21.  All EVIDENCE OF any conversation, correspondence and communication

5  between  JOSEPH H. AKINS SR. and YOU.

6  22.  All EVIDENCE of any formal or informal appraisal, comparable, comparison or

7  any other document regarding the value YOU allege for the VEHICLE.

8  23.  The original purchase documents for the VEHICLE.

9  24.  The current registration for the VEHICLE.

10  25.  The last registration documents for the VEHICLE.

11  26.  Every bill of sale relating to the VEHICLE from 1999 through to the present

12  time.

13  27.  Any EVIDENCE or WRITING which supports or tends to support YOUR allegations

14  of embezzlement in this action against JOSEPH H. AKINS SR..

15  28.  All EVIDENCE to support  YOUR allegations that an association existed between

16  Tirpak and JOSEPH H. AKINS SR.

17  29.  All EVIDENCE of payment of money by YOU to Joseph H. Akins Senior.

18  30.  All EVIDENCE of YOUR relationship with Don Kolko from 1999 through to the

19  present time.

20  31.  All EVIDENCE to support  YOUR allegations that an association existed between

21  NorCal and JOSEPH H. AKINS SR.

22  32.  All EVIDENCE to support  YOUR allegations that an association existed between

23  TIRPAK and JOSEPH H. AKINS SR.

24  33.  All EVIDENCE to support  YOUR allegations that an association existed between

25  SARGANIS and JOSEPH H. AKINS SR.

26  34.  All EVIDENCE of any federal tax deduction that was based upon any moneys

27  paid to third parties relating to the VEHICLE from 1999 through to the present

28  time.

35. All EVIDENCE of any state tax deduction that was based upon any moneys paid to third parties relating to the VEHICLE from 1999 through to the present time.

36. ALL DOCUMENTS concerning every payment made to YOU relating to the VEHICLE subsequent to the judgment entered in Superior Court Case Number CV 081975 titled Dominique Black v. Tirpak et al.

37. Produce ALL DOCUMENTS concerning loan(s) YOU alleged YOU entered into with TIRPAK during the relevant period of time as alleged in YOUR FAC.

38. Produce ALL DOCUMENTS concerning loan(s) YOU alleged YOU entered into with NORCAL during the relevant period of time as alleged in YOUR FAC.

39. Produce ALL DOCUMENTS concerning loan(s) YOU alleged YOU entered into with SARGANIS during the relevant period of time as alleged in YOUR FAC.

41. Produce All DOCUMENTS that have been produced to YOU in any Court proceeding from January 1, 2008 through to the present time that YOU contend support YOUR FAC to deny Joseph H. Akins Sr's. discharge.

42. Produce ALL DOCUMENTS concerning payment to YOU by NORCAL relating to the judgment entered in Marin County Superior Court Case Number CV 081975 titled Dominique Black v. Tirpak et al.

43. Produce All Documents to support YOUR contention that Joseph H. Akins Sr. worked on the Vehicle identified in YOUR FAC.

44. Produce ALL witness statements that support, relate to or evidence each of YOUR allegations contained in YOUR FAC filed in Adversary Procedure No. 2018-02187.

45. Produce ALL EVIDENCE not already produced by YOU that YOU intend to produce during Trial to support, relate to or evidence each of YOUR allegations contained in YOUR FAC filed in Adversary Procedure No. 2018-02187.

46. Produce all Photographs of the Vehicle in YOUR possession.

47. Produce all videos of the Vehicle in YOUR possession.

48. All EVIDENCE to support YOUR claim that any funds were paid to Joseph H. Akins Senior for work performed on the VEHICLE.

*End of Document List*

**EXHIBIT 2**

| Name | | Date Modified | Size | Kind |
|---|---|---|---|---|
| **Depo Doc Response** | | | | |
| ▼ 📁 2, 46 | | Aug 15, 2021 at 5:57 PM | -- | Folder |
| | FFIC008872-FFIC009239_.pdf | May 16, 2017 at 8:47 PM | 37.4 MB | PDF Document |
| | FFIC014765-FFIC015204_.pdf | May 16, 2017 at 8:49 PM | 39 MB | PDF Document |
| | FFIC016861-FFIC018441_.pdf | May 16, 2017 at 8:53 PM | 135.9 MB | PDF Document |
| | FFIC018442-FFIC020000.pdf | May 16, 2017 at 8:59 PM | 145.5 MB | PDF Document |
| ▼ 📁 11-15, 22 | | Aug 15, 2021 at 5:57 PM | -- | Folder |
| | FFIC000001-FFIC000965_.pdf | May 16, 2017 at 8:41 PM | 21.2 MB | PDF Document |
| | FFIC000966-FFIC003628_.pdf | May 16, 2017 at 8:42 PM | 23.3 MB | PDF Document |
| | FFIC003629-FFIC004066_.pdf | May 16, 2017 at 8:42 PM | 21.8 MB | PDF Document |
| | FFIC004067-FFIC004231_.pdf | May 16, 2017 at 8:42 PM | 10.4 MB | PDF Document |
| | FFIC004232-FFIC004304_.pdf | May 16, 2017 at 8:43 PM | 12.9 MB | PDF Document |
| | FFIC004305-FFIC004364_.pdf | May 16, 2017 at 8:43 PM | 8.8 MB | PDF Document |
| | FFIC004365-FFIC004389_.pdf | May 16, 2017 at 8:43 PM | 5.1 MB | PDF Document |
| | FFIC004390-FFIC004415_.pdf | May 16, 2017 at 8:43 PM | 4.9 MB | PDF Document |
| | FFIC004416-FFIC004443_.pdf | May 16, 2017 at 8:43 PM | 4.2 MB | PDF Document |
| | FFIC004444-FFIC004457_.pdf | May 16, 2017 at 8:43 PM | 2.9 MB | PDF Document |
| | FFIC004458-FFIC004476_.pdf | May 16, 2017 at 8:43 PM | 2.4 MB | PDF Document |
| | FFIC004477-FFIC004563_.pdf | May 16, 2017 at 8:43 PM | 11.2 MB | PDF Document |
| | FFIC004564-FFIC004618_.pdf | May 16, 2017 at 8:43 PM | 3.4 MB | PDF Document |
| | FFIC004619-FFIC004663_.pdf | May 16, 2017 at 8:44 PM | 6.9 MB | PDF Document |
| | FFIC004664-FFIC004680_.pdf | May 16, 2017 at 8:44 PM | 4.8 MB | PDF Document |
| | FFIC004681-FFIC004686_.pdf | May 16, 2017 at 8:44 PM | 733 KB | PDF Document |
| | FFIC004687-FFIC004687_.pdf | May 16, 2017 at 8:44 PM | 564 KB | PDF Document |
| | FFIC004688-FFIC005907_.pdf | May 16, 2017 at 8:45 PM | 61.6 MB | PDF Document |
| | FFIC005908-FFIC005927_.pdf | May 16, 2017 at 8:45 PM | 1.8 MB | PDF Document |
| | FFIC005928-FFIC005940_.pdf | May 16, 2017 at 8:45 PM | 840 KB | PDF Document |
| | FFIC005941-FFIC006431_.pdf | May 16, 2017 at 8:45 PM | 23.4 MB | PDF Document |
| | FFIC006432-FFIC007140_.pdf | May 16, 2017 at 8:46 PM | 32.6 MB | PDF Document |
| | FFIC007141-FFIC008700_.pdf | May 16, 2017 at 8:47 PM | 55.1 MB | PDF Document |
| | FFIC008701-FFIC008871__.pdf | May 16, 2017 at 8:47 PM | 5.1 MB | PDF Document |
| | FFIC008872-FFIC009239_.pdf | May 16, 2017 at 8:47 PM | 37.4 MB | PDF Document |
| | FFIC009240-FFIC011897_.pdf | May 16, 2017 at 8:48 PM | 26.3 MB | PDF Document |
| | FFIC011898-FFIC014764_.pdf | May 16, 2017 at 8:48 PM | 29.9 MB | PDF Document |
| | FFIC014765-FFIC015204_.pdf | May 16, 2017 at 8:49 PM | 39 MB | PDF Document |
| | FFIC015205-FFIC015222_.pdf | May 16, 2017 at 8:49 PM | 577 KB | PDF Document |
| | FFIC015223-FFIC016494_.pdf | May 16, 2017 at 8:50 PM | 53.1 MB | PDF Document |
| | FFIC016495-FFIC016721_.pdf | May 16, 2017 at 8:50 PM | 2.5 MB | PDF Document |
| | FFIC016722-FFIC016791_.pdf | May 16, 2017 at 8:50 PM | 1.6 MB | PDF Document |
| | FFIC016792-FFIC016860_.pdf | May 16, 2017 at 8:50 PM | 6.9 MB | PDF Document |
| | FFIC016861-FFIC018441_.pdf | May 16, 2017 at 8:53 PM | 135.9 MB | PDF Document |
| | FFIC018442-FFIC020000.pdf | May 16, 2017 at 8:59 PM | 145.5 MB | PDF Document |
| ▼ 📁 16, 19, 27, 28, 31, 32, 33, 43 | | Aug 15, 2021 at 5:57 PM | -- | Folder |
| | FFIC016861-FFIC018441_.pdf | May 16, 2017 at 8:53 PM | 135.9 MB | PDF Document |

**EXHIBIT 3**

**10**
YOUNG & LAZZARINI
KENRICK YOUNG (CSB #236032)
NICHOLAS LAZZARINI (CSB #259247)
770 L Street, Suite 950
Sacramento, California 95814
916.929.6865
916.471.0377 (fax)
info@kenrickyoung.com

Attorneys for Plaintiff Dominique Black, an individual

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-25001-E-7 |
| | ) | |
| JOSEPH H. AKINS | ) | Adv. Proc. No. 18-02187 |
| | ) | |
| Debtor. | ) | **DOMINIQUE BLACK'S** |
| _____ | ) | **AMENDED SECOND** |
| DOMINIQUE BLACK, | ) | **SUPPLEMENTAL RESPONSES TO** |
| | ) | **FIRST SET OF REQUESTS FOR** |
| Plaintiff, | ) | **PRODUCTION** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH H. AKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PROPOUNDING PARTY:**     Estate Representative of Joseph Akins Sr.

**RESPONDING PARTY:**     Plaintiff Dominique Black, an individual

**SET:**     ONE

## **PRELIMINARY OBJECTIONS**

(1)    These responses are made although Plaintiff Dominique Black ("Responding Party") has not yet completed discovery.  Consequently, the following responses are given without prejudice to Responding Party's right to amend, supplement or modify them at a later time, and are subject to Responding Party's right to produce at the time of trial, deposition, hearing on a motion, or any other time, subsequently discovered information or evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered material facts.

(2)    These responses are made solely for the purpose of, and in relation to, this action.  Each response is given subject to all appropriate objections, including, but not limited to, objections concerning attorney-client privilege, work product doctrine, competency, relevancy, materiality, propriety, and admissibility, which would require the exclusion of any documents produced if the documents were produced by or any statement contained herein were made by, a witness present to testify at trial.  All such objections and grounds therefore are reserved and may be interposed at the time of trial, at a deposition, at a hearing on a motion, or any other time.

(3)    Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied or inferred.  The fact that a request herein has been answered should not be taken as an admission, or a concession of the existence of any fact set forth or assumed by such request or that such response constitutes evidence of any fact thus set forth or assumed.

(4)    The responses and objections are made on the basis of information and writings presently available to Responding Party's reasonable investigation.

The foregoing Preliminary Objections are specifically incorporated by reference in each response below.

## RESPONSES

**RESPONSE TO REQUEST NUMBER 1:**

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL"). All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
|---|---|---|
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

**RESPONSE TO REQUEST NUMBER 2:**

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL"). All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
|---|---|---|
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA  95814
916.929.6865

**RESPONSE TO REQUEST NUMBER 3:**

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL"). All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
|---|---|---|
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

**RESPONSE TO REQUEST NUMBER 4:**

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL"). All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
|---|---|---|
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

## RESPONSE TO REQUEST NUMBER 5:

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL"). All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
|---|---|---|
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

## RESPONSE TO REQUEST NUMBER 6:

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL"). All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
|---|---|---|
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814
916.929.6865

## RESPONSE TO REQUEST NUMBER 7:

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL"). All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
| --- | --- | --- |
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

## RESPONSE TO REQUEST NUMBER 8:

No loan is alleged in the FAC and so no responsive documents exist.

## RESPONSE TO REQUEST NUMBER 9:

No loan is alleged in the FAC and so no responsive documents exist.

## RESPONSE TO REQUEST NUMBER 10:

Documents attached as follows:

| Document ID | Document Name | Description |
| --- | --- | --- |
| 199907975002 | Tirpak Settlement Agreement | Settlement Agreement |

**RESPONSE TO REQUEST NUMBER 11:**

Documents attached as follows:

| Document ID | Document Name | Description |
|---|---|---|
| 199907975002 | Tirpak Settlement Agreement | Settlement Agreement |

**RESPONSE TO REQUEST NUMBER 12:**

As described in the FAC, Plaintiff received $400,000.00 as part of a confidential settlement agreement with the Estate of Anthony Sarganis. The confidential settlement agreement states that it cannot be disclosed without court order.

Counsel for Plaintiff has the document in his possession described as follows:

1. April 10, 2018 Settlement agreement

Document will be produced if ordered by the Court or if permission can be obtained by co-signors of the document. Plaintiff will supplement this response will additional records evidencing payment if located.

Documents attached as follows:

| Document ID | Document Name | Description |
|---|---|---|
| 199907975002 | Tirpak Settlement Agreement | Settlement Agreement |

//

//

//

**RESPONSE TO REQUEST NUMBER 13:**

As described in the FAC, Plaintiff received $400,000.00 as part of a confidential settlement agreement with the Estate of Anthony Sarganis. The confidential settlement agreement states that it cannot be disclosed without court order.

Counsel for Plaintiff has the document in his possession described as follows:

1. April 10, 2018 Settlement agreement

Document will be produced if ordered by the Court or if permission can be obtained by co-signors of the document. Plaintiff will supplement this response will additional records evidencing payment if located.

**RESPONSE TO REQUEST NUMBER 14:**

As described in the FAC, Plaintiff received $400,000.00 as part of a confidential settlement agreement with the Estate of Anthony Sarganis. The confidential settlement agreement states that it cannot be disclosed without court order.

Counsel for Plaintiff has the document in his possession described as follows:

1. April 10, 2018 Settlement agreement

Document will be produced if ordered by the Court or if permission can be obtained by co-signors of the document. Plaintiff will supplement this response will additional records evidencing payment if located.

Documents attached as follows:

//

//

RESPONSES TO REQUESTS FOR
PRODUCTION [SET ONE]                           - 8 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA  95814
916.929.6865

| Document ID | Document Name | Description |
|---|---|---|
| 199907975002 | Tirpak Settlement Agreement | Settlement Agreement |

## RESPONSE TO REQUEST NUMBER 15:

Plaintiff has not alleged any refusal to test the VEHICLE relating to its use as a meth lab.

San Rafael Police Department arrested Albert Akins on drug related charges. Documents relating to his drug arrest are attached as follows:

| Document ID | Document Name | Description |
|---|---|---|
| 201804975004 | Akins Marin Criminal Complaint | NORCAL Arrest Report |

## RESPONSE TO REQUEST NUMBER 16:

Plaintiff has not alleged any refusal to test the VEHICLE relating to its use as a meth lab.

San Rafael Police Department arrested Albert Akins on drug related charges. Documents relating to his drug arrest are attached as follows:

| Document ID | Document Name | Description |
|---|---|---|
| 201804975004 | Akins Marin Criminal Complaint | NORCAL Arrest Report |

## RESPONSE TO REQUEST NUMBER 17:

In his First Amended Complaint, Plaintiff Dominique Black alleges a unity of interest between Nor-Cal Classic GMC Motorhome, David Tirpak, Anthony

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814
916.929.6865

Sarganis, Albert Akins, and Joseph H. Akins, Sr (collectively, "NORCAL").  All payments to NORCAL are payments to all members of NORCAL including Joseph H. Akins, Sr., individually.

Documents attached as described below:

| Document ID | Document Name | Description |
|---|---|---|
| 200902975001 | CV 081975 First Amended Complaint - Marin | CV 081975 First Amended Complaint |
| 200707975005 | Receipts and Invoices (Folders A and B) | Supporting Financial Documents |

Dated: December 30, 2020          YOUNG & LAZZARINI

/s/ Nicholas Lazzarini

NICHOLAS LAZZARINI
Attorney for Plaintiff
DOMINQUE BLACK

**EXHIBIT 4**

**Akins First RFPD**

‹ › | Back/Forward | | | Quick Look | ◎ | ☷ ≣ ▦ | View | | Q Search | | ⇪ Share | Edit Tags | New Folder

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| 📄 18-02187 RPD Rply Set1 Appendix A.docx | Dec 28, 2020 at 6:03 AM | 18 KB | Micros...(.docx) |
| ∨ 📁 Requests No.1-7, 17 | Today at 12:34 PM | -- | Folder |
| 📄 200902975001CV 081975 First Amended Complaint - Marin.pdf | Jan 18, 2018 at 4:37 PM | 5.4 MB | PDF Document |
| ∨ 📁 A | Aug 15, 2021 at 5:56 PM | -- | Folder |
| 📄 Norcal Upgrades - 16 Invoices.pdf | Jan 20, 2021 at 10:42 AM | 12.1 MB | PDF Document |
| 📄 NorCalExp.01.pdf | Jan 20, 2021 at 10:44 AM | 1.6 MB | PDF Document |
| 📄 NorCalExp.02.pdf | Jan 20, 2021 at 10:48 AM | 1.3 MB | PDF Document |
| 📄 NorCalExp.03.pdf | Jan 20, 2021 at 10:49 AM | 1.4 MB | PDF Document |
| 📄 NorCalExp.04.pdf | Jan 20, 2021 at 10:50 AM | 729 KB | PDF Document |
| 📄 NorCalExp.05.pdf | Jan 20, 2021 at 10:52 AM | 2 MB | PDF Document |
| 📄 NorCalExp.06.pdf | Jan 20, 2021 at 10:53 AM | 2 MB | PDF Document |
| 📄 NorCalExp.07.pdf | Apr 8, 2017 at 10:02 PM | 1.1 MB | PDF Document |
| 📄 NorCalExp.08.pdf | Apr 8, 2017 at 10:05 PM | 1.1 MB | PDF Document |
| 📄 NorCalExp.09.pdf | Apr 8, 2017 at 10:07 PM | 1.8 MB | PDF Document |
| 📄 NorCalExp.10.pdf | Apr 8, 2017 at 10:26 PM | 1.1 MB | PDF Document |
| 📄 NorCalExp.11.pdf | Apr 8, 2017 at 10:27 PM | 1.9 MB | PDF Document |
| 📄 NorCalExp.12.pdf | Jan 20, 2021 at 10:58 AM | 1.5 MB | PDF Document |
| 📄 NorCalExp.13.pdf | Jan 21, 2021 at 5:25 PM | 1.2 MB | PDF Document |
| 📄 NorCalExp.14.pdf | Jan 20, 2021 at 10:35 AM | 1.6 MB | PDF Document |
| 📄 NorCalExp.15.pdf | Apr 8, 2017 at 10:37 PM | 947 KB | PDF Document |
| 📄 NorCalExp.16.pdf | Apr 8, 2017 at 10:38 PM | 1.4 MB | PDF Document |
| ∨ 📁 B | Aug 15, 2021 at 5:56 PM | -- | Folder |
| 📄 AA - Ex. 30 - 12-31-05 Norcal Invoice.pdf | Mar 12, 2011 at 12:47 AM | 576 KB | PDF Document |
| 📄 B - Ex4 - 10-26-99 Norcal Invoice.pdf | Mar 11, 2011 at 11:16 PM | 1.1 MB | PDF Document |
| 📄 C - Ex. 5 - 12-15-99 Norcal 2-Part Invoice.pdf | Mar 11, 2011 at 11:22 PM | 1.6 MB | PDF Document |
| 📄 D - Ex. 6 - 07-31-01 Norcal Invoice.pdf | Mar 11, 2011 at 11:26 PM | 770 KB | PDF Document |
| 📄 E - Ex. 8 - 12-30-01 NorCal Invoice.pdf | Mar 11, 2011 at 11:32 PM | 711 KB | PDF Document |
| 📄 F - Ex. 9 - 04-06-02 Norcal Invoice.pdf | Mar 11, 2011 at 11:35 PM | 783 KB | PDF Document |
| 📄 G - Ex. 10 - 09-03-02 Norcal Invoice.pdf | Mar 11, 2011 at 11:37 PM | 734 KB | PDF Document |
| 📄 H - Ex. 11 - 12-02-02 Norcal Invoice.pdf | Mar 11, 2011 at 11:41 PM | 709 KB | PDF Document |
| 📄 I - Ex. 12 - 07-01-03 Norcal Invoice.pdf | Mar 11, 2011 at 11:46 PM | 687 KB | PDF Document |
| 📄 J - Ex. 13 - 12-19-03 Norcal Invoice.pdf | Mar 11, 2011 at 11:49 PM | 625 KB | PDF Document |
| 📄 K - Ex. 14 - 05-10-04 Norcal Invoice.pdf | Mar 11, 2011 at 11:54 PM | 1.2 MB | PDF Document |
| 📄 M - Ex. 16 - 02-18-05 Norcal Invoice.pdf | Mar 12, 2011 at 12:00 AM | 1.1 MB | PDF Document |
| 📄 P - Ex. 19 - 04-18-05 Norcal Invoice.pdf | Mar 12, 2011 at 12:07 AM | 851 KB | PDF Document |
| 📄 Q - Ex. 20 - 04-22-05 Norcal Invoice.pdf | Mar 12, 2011 at 12:09 AM | 95 KB | PDF Document |
| 📄 T - Ex. 23 - 06-20-05 Norcal Invoice.pdf | Mar 12, 2011 at 12:28 AM | 629 KB | PDF Document |
| 📄 Z - Ex. 29 - 11-15-05 Norcal Invoice.pdf | Mar 12, 2011 at 12:41 AM | 666 KB | PDF Document |
| ∨ 📁 Requests No. 10-16 | Aug 15, 2021 at 5:56 PM | -- | Folder |
| 📄 Response 19.pdf | Dec 28, 2020 at 4:09 PM | 246 KB | PDF Document |